BELLEVILLE LAND AND IMPROVEMENT COMPANY, DEFENDANT IN ERROR, v. ATLAS MANUFACTURING COMPANY, PLAINTIFF IN ERROR.

Argued June 27, 1906—Decided January 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *James E. Howell.*

For the defendant in error, *Chauncey G. Parker.*

PER CURIAM.

The judgment brought up by this writ of error is affirmed, on the grounds stated in the opinion of Mr. Justice Garrison, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 14.

*For reversal*—None.